**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
    Direct Dial:  (503) 802-2013
    Facsimile:    (503) 972-3713
    E-Mail:      al.kennedy@tonkon.com
**Michael W. Fletcher**, OSB No. 010448
    Direct Dial:  (503) 802-2169
    Facsimile:    (503) 972-3869
    E-Mail:      michael.fletcher@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

      Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>HemCon Medical Technologies, Inc.,<br><br>        Debtor. | Case No.  12-32652-elp11<br><br>**DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY TONKON TORP LLP AS ATTORNEYS FOR DEBTOR, *NUNC PRO TUNC*** |

      HemCon Medical Technologies, Inc., Debtor and Debtor-in-Possession herein ("Debtor"), hereby applies to the Court for an order approving the employment of Tonkon Torp LLP ("Tonkon Torp") as Chapter 11 counsel for Debtor *nunc pro tunc* to April 10, 2012.  Debtor makes this Application pursuant to 11 U.S.C. § 327, and Federal Rule of Bankruptcy Procedure 2014, and respectfully represents as follows.

### BACKGROUND

      1.      On April 10, 2012 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

      2.      Debtor has continued in possession of its property and is continuing to

**Page 1 of 6** -   DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY TONKON
          TORP LLP AS ATTORNEYS FOR DEBTOR

1    operate and manage its business as a debtor and debtor-in-possession pursuant to

2    Sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been

3    requested or appointed in Debtor's case.

4            3.      Debtor has provided notice of this Application to its secured creditors,

5    the unsecured creditors committee appointed on April 18, 2012, and the Office of the United

6    States Trustee.  Because of the nature of the relief requested, Debtor respectfully submits that

7    no further notice of the relief requested is necessary or required under the circumstances.

8            4.      Debtor founded in 2001, develops, manufactures and markets

9    innovative technologies that control bleeding resulting from trauma or surgery.  Debtor

10   products are designed for use by military and civilian first responders as well as medical

11   professionals in hospital, dental and clinical settings where rapid control of bleeding is of

12   critical importance.  Debtor is headquartered in Portland, Oregon.  Debtor also has two

13   wholly owned subsidiaries:  HemCon Life Sciences, Inc., which holds certain rights to

14   intellectual property; and Castlerise Investments Limited, which in turn wholly owns

15   HemCon Medical Technologies Europe Limited, which owns and markets an infection

16   control product.

17           5.      Debtor desires to retain and employ Tonkon Torp as counsel in this

18   Chapter 11 case, pursuant to Section 327 of the Code, to represent Debtor in all aspects of his

19   reorganization, on the terms and subject to the conditions described below.

20           6.      Debtor believes Tonkon Torp is well suited for this representation.

21   Tonkon Torp has experience in all aspects of the law that may arise in this Chapter 11 case.

22   In particular, Tonkon Torp has substantial bankruptcy and restructuring, corporate, finance,

23   litigation, real estate, land use, regulatory, labor and tax expertise.

24           7.      Debtor has asked Tonkon Torp to advise it on its debt restructuring

25   and to render general legal services to Debtor as needed throughout the course of this

26   Chapter 11 case, including bankruptcy and restructuring, corporate, environmental, finance,

**Page 2 of 6** -   DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY TONKON
                     TORP LLP AS ATTORNEYS FOR DEBTOR

1    litigation, real estate, land use, regulatory, securities, and labor and tax assistance and advice.

2    Debtor is informed that Albert N. Kennedy, the attorney at Tonkon Torp primarily involved

3    in this Chapter 11 case, is admitted to practice before this Court and that they have read

4    Local Bankruptcy Rule 2016.

5              8.      The services to be performed by Tonkon Torp are necessary in order

6    for Debtor to perform its duties as debtor-in-possession.  Subject to the control of and further

7    order of the Court, Tonkon Torp intends to render the following services to Debtor:

8              a.      Advise Debtor of its rights, powers and duties as a debtor and

9    debtor-in-possession continuing to operate and manage its business and property under

10   Chapter 11 of the Code;

11             b.      Take all actions necessary to protect and preserve Debtor's

12   bankruptcy estate, including the prosecution of actions on Debtor's behalf, the defense of any

13   action commenced against Debtor, negotiations concerning all litigation in which Debtor is

14   involved, objections to claims filed against Debtor in this bankruptcy case, and the

15   compromise or settlement of claims;

16             c.      Advise Debtor concerning, and prepare on behalf of Debtor, all

17   necessary applications, motions, memoranda, responses, complaints, answers, orders, notices,

18   reports and other papers, and review all financial and other reports required from Debtor as

19   debtor-in-possession in connection with administration of this Chapter 11 case;

20             d.      Advise Debtor with respect to, and assist in the negotiation and

21   documentation of, financing agreements, debt and cash collateral orders, and related

22   transactions;

23             e.      Review the nature and validity of any liens asserted against

24   Debtor's property and advise Debtor concerning the enforceability of such liens;

25             f.      Advise Debtor regarding (a) its ability to initiate actions to

26   collect and recover property for the benefit of his estate; (b) any potential property

**Page 3 of 6** -   DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY TONKON
                 TORP LLP AS ATTORNEYS FOR DEBTOR

dispositions; and (c) executory contract and unexpired lease assumptions, assignments and rejections, and lease restructuring and recharacterizations;

g.    Negotiate with creditors concerning a plan of reorganization; prepare the plan of reorganization, disclosure statement and related documents; take the steps necessary to confirm and implement the plan of reorganization, including, if needed, negotiations for financing the plan; and

h.    Provide such other legal advice or services as may be required in connection with this Chapter 11 case or the general operation and management of Debtor's business.

9.    Subject to Court approval, Debtor has agreed to compensate Tonkon Torp on an hourly basis in accordance with Tonkon Torp's ordinary and customary hourly rates in effect on the date services are rendered.  The Tonkon Torp professionals who will be primarily responsible for providing these services, their status and their billing rates are as follows:

| Attorney Name | Status | Hourly Rate |
| --- | --- | --- |
| Albert N. Kennedy | Partner | $475.00 |
| Michael W. Fletcher | Partner | $350.00 |
| Spencer Fisher | Paralegal | $125.00 |
| Leslie Hurd | Legal Asst/Paralegal | $ 90.00 |

10.    From time to time, other Tonkon Torp attorneys and paralegals may also render services to Debtor in order to take advantage of specialized skills or expertise, to meet the demands of the case schedule, or for other appropriate reasons.  Debtor has agreed that Tonkon Torp will also be compensated for the services of these professionals at their usual and customary hourly rates.

11.    Tonkon Torp will maintain detailed, contemporaneous time records of expenses incurred with the rendering of legal services described above by category and

**Page 4 of 6** -  DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY TONKON TORP LLP AS ATTORNEYS FOR DEBTOR

1    nature of services rendered.

2         12.    In the twelve months preceding Petition Date, Tonkon Torp received

3    retainers on behalf of Debtor in the total amount of $55,000.  Prior to the filing of the

4    bankruptcy petition, Tonkon Torp applied a portion of that retainer for prepetition services

5    rendered prior to the Petition Date and the Chapter 11 filing fee as disclosed on the attached

6    Rule 2014 Verified Statement for Proposed Professional.  The remaining balance of

7    $34,994.50 is held as a retainer.

8         13.    Within the 12-month period preceding the Petition, Tonkon Torp

9    provided legal services to Debtor.  The total cost of legal services prior to the filing of the

10   Petition, and payments for those services, are disclosed on the attached Rule 2014 Verified

11   Statement for Proposed Professional.

12        14.    Debtor agrees and understands that Tonkon Torp has reserved the right

13   to withdraw as counsel to Debtor, and Debtor hereby consents to such a withdrawal, in the

14   event it becomes apparent Tonkon Torp will not be paid for its services.  Debtor also

15   recognizes that professional fees and costs incurred by Tonkon Torp are subject to approval

16   by the Court after review of fee applications filed by Tonkon Torp.

17        15.    To the best of Debtor's knowledge, the partners and associates of

18   Tonkon Torp do not have any connection with Debtor, his creditors, any other party in

19   interest, or their respective attorneys or accountants, except as stated in the Rule 2014

20   Verified Statement of Proposed Professional.

21        16.    A proposed Order Authorizing Employment of Tonkon Torp LLP as

22   Attorneys for Debtor is attached as Exhibit 1.

23              For the reasons stated in this Application, Debtor requests that the Court enter

24   an order, effective as of the Petition Date, authorizing it to employ Tonkon Torp to represent

25   Debtor in this Chapter 11 case as its attorneys herein to render legal services as described

26   above, with compensation and reimbursement of expenses to be paid as an administrative

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1    expense in such amounts as may

2    be allowed by this Court after notice and hearing pursuant to Section 330 of the Bankruptcy

3    Code or as otherwise provided by Court order.

4                    DATED: April 24, 2012.

                                    Respectfully submitted,
5
                                    HEMCON MEDICAL TECHNOLOGIES, INC.
6

7                                   By /s/ Nick Hart
                                       Nick Hart
8                                      Debtor

9    Presented by:

10   TONKON TORP LLP

11

12   By /s/ Albert N. Kennedy
        Albert N. Kennedy, OSB No. 821429
13      Michael W. Fletcher, OSB No. 010448
        888 S.W. Fifth Avenue, Suite 1600
14      Portland, OR  97204-2099
        Telephone:    503-221-1440
15      Facsimile:    503-274-8779
        E-mail:       al.kennedy@tonkon.com
16                    michael.fletcher@tonkon.com

17      Attorneys for Debtor

18

19

20

21

22

23

24

25

26

**Page 6 of 6 -**   DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY TONKON
                     TORP LLP AS ATTORNEYS FOR DEBTOR

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No.  12-32652-elp11 |
| HemCon Medical Technologies, Inc. | **ORDER AUTHORIZING EMPLOYMENT OF TONKON TORP LLP AS ATTORNEYS FOR DEBTOR** |
| Debtor. | |

THIS MATTER having come before the Court for a hearing on the application of HemCon Medical Technologies, Inc., Debtor and Debtor-in-Possession ("Debtor"), for an Order to Employ Tonkon Torp LLP as Attorneys for Debtor; the Court having reviewed the Application and accompanying statement, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED that Debtor be and hereby is authorized to employ the law firm of Tonkon Torp LLP as general counsel in all matters arising in or related to this

* * *

* * *

* * *

* * *

**Page 1 of 2** -  ORDER AUTHORIZING EMPLOYMENT OF TONKON TORP LLP AS
ATTORNEYS FOR DEBTOR

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

proceeding as of the Petition Date, and is further authorized to pay said attorneys a reasonable

fee for their services upon application and order of the Court, pursuant to 11 U.S.C.§ 330.

# # #

Presented by:

TONKON TORP LLP

By _____

       Albert N. Kennedy, OSB No. 821429
       Michael W. Fletcher, OSB No. 010448
       888 S.W. Fifth Avenue, Suite 1600
       Portland, OR  97204-2099
       Telephone:   503-221-1440
       Facsimile:    503-274-8779
       E-mail:        al.kennedy@tonkon.com
                  michael.fletcher@tonkon.com
       Attorney for Debtor

cc:     List of Interested Parties

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

**CERTIFICATE OF SERVICE**

1

2
      I hereby certify that I served the foregoing **DEBTOR'S AMENDED APPLICATION FOR ORDER TO EMPLOY TONKON TORP LLP AS ATTORNEYS FOR DEBTOR** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

3

4

5
      In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

6

7
      DATED:  April 24, 2012.

8

9
      TONKON TORP LLP

10

11
      By /s/  Albert N. Kennedy
          Albert N. Kennedy, OSB No. 821429

12
          Michael W. Fletcher, OSB No. 010448
          Of Attorneys for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 1 of 1** -   CERTIFICATE OF SERVICE

## <u>LIST OF INTERESTED PARTIES</u>

### *In re HemCon Medical Technologies, Inc.*
### U.S. Bankruptcy Court Case No. 12-32652-elp11

## ECF PARTICIPANTS

- MICHAEL W FLETCHER michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- SUSAN S FORD susanf@sussmanshank.com, ecf.susan.ford@sussmanshank.com
- BRAD A GOERGEN bgoergen@grahamdunn.com, dpurdy@grahamdunn.com
- ALBERT N KENNEDY al.kennedy@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- MARK D NORTHRUP mnorthrup@grahamdunn.com, dpurdy@grahamdunn.com;dhancock@grahamdunn.com;kfielder@grahamdunn.com
- US Trustee, Portland USTPRegion18.PL.ECF@usdoj.gov
- MARGARET E WETHERALD dmarshall@kellerrohrback.com

## NON-ECF PARTICIPANTS

**SECURED CREDITORS:**

Bank of America
Attn:  Janet Sleeper, SVP
800 5th Avenue 13th floor
Seattle, WA 98104
janet.sleeper@bankofamerica.com

Silicon Valley Bank
Attn: Tom Makowski
38 Technology Drive, Suite 150
Irvine, CA 92618
tmakowski@svb.com

Bank of the West
Attn: Christiana Creekpaum
1450 Treat Boulevard
Walnut Creek, CA 94597
Telephone: 925-975-3928
christiana.creekpaum@bankofthe
west.com

Bank of America
c/o: Mark Northrup
Graham & Dunn PC
Pier 70 – 2801 Alaskan Way #300
Seattle, WA 98121
MNorthrup@grahamdunn.com

**COMMITTEE OF UNSECURED CREDITORS**

Marine Polymer
  Technologies, Inc.,
Hemcom UCC Chair
c/o Sergio Finkielsztein, CEO
107 Water Street
Danver, MA  01923

Puget Sound Blood Center
c/o Robert J. Gleason, CFO
921 Terry Avenue
Seattle, WA 98104

Cardinal Health 200, LLC
c/o Tyronza Walton
Credit Manager – Underwriting
7000 Cardinal Place
Dublin, OH 43017